UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James B. McDevitt | : | |
| | : | |
| v. | : | Civil Action No. 2:10-cv-02999-CDJ |
| | : | |
| PNC Bank | : | |

## MOTION OF ROBERT T VANCE JR
## TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

Robert T Vance Jr, Counsel for the Plaintiff, hereby moves the Court to withdraw as Counsel for the Plaintiff, and in support thereof states as follows:

1. This is an employment discrimination case that commenced with the filing of a Complaint in 2010.

2. Vance has been Counsel for the Plaintiff since the filing of the Complaint.

3. On March 17, 2011, motivated by his disagreement with Vance about the manner with which Vance was handling his case, Plaintiff, James B. McDevitt, retrieved his complete case file from Vance and terminated Vance as his attorney.

4. Since March 17, 2011, Plaintiff has contacted at least one attorney in an effort to obtain new representation.

5.	The discovery deadline in this case is May 9, 2011.

WHEREFORE, Robert T Vance Jr respectfully requests that the Court grant this Motion and enter an Order in the form submitted permitting him to withdraw as Counsel for the Plaintiff, according Plaintiff a reasonable period of time to obtain an attorney, and placing this case in civil suspense during said period.

Dated: March 23, 2011                             ____*s/Robert T Vance Jr*_____
                                                  Robert T Vance Jr (RTV3988)
                                                  Law Offices of Robert T Vance Jr
                                                  100 South Broad Street, Suite 1530
                                                  Philadelphia PA 19110
                                                  215 557 9550

<u>Certificate of Service</u>

I hereby certify that the foregoing Motion of Robert T Vance Jr to Withdraw as Counsel for the Plaintiff was filed electronically on March 23, 2011, through the Court's CM/ECF system and that a copy thereof was sent by first class mail, postage prepaid, to Plaintiff James B. McDevitt and Counsel for the Defendant addressed as follows:

Mr. James B. McDevitt
Merril Lynch Pierce Fenner & Smith, Inc.
1400-1800 Merrill Lynch Drive
MEAC – Hopewell
Pennington NJ 08534

Maureen P. Fitzgerald
Eckert Seamans Cherin & Mellott LLC
50 South 16th Street, 22nd Floor
Philadelphia PA 19102

    __s/Robert T Vance Jr_____
    Robert T Vance Jr